No. 439. MUSSER *v.* SHEPPARD, COMPTROLLER OF PUBLIC ACCOUNTS. Jurisdictional statement distributed October 24, 1936. Decided November 9, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the want of a final judgment. *Reddall* v. *Bryan,* 24 How. 420; *Verden* v. *Coleman,* 18 How. 86; *Twin City Power Co.* v. *Savannah River Electric Co.,* 284 U. S. 574; *Gant* v. *Oklahoma City,* 284 U. S. 594. *Mr. Mark McGee* for appellant. *Mr. Wm. McCraw,* Attorney General of Texas, and *Messrs. William C. Davis* and *Cecil C. Rotsch* for appellee.